UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GOINS, ET AL.                                                                CIVIL ACTION

VERSUS                                                                       18-302-SDD-RLB

ILLINOIS NATIONAL
INSURANCE CO., ET AL.

## ORDER

**CONSIDERING** the *Notice of Settlement*[1] filed in the above captioned matter on October 30, 2018;

**IT IS HEREBY ORDERED** that Plaintiff Michael Goins' claims against Defendants are hereby DISMISSED.

Signed in Baton Rouge, Louisiana on <u>October 17, 2019</u>.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 19.